# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**148**
**CAF 14-02134**
PRESENT: WHALEN, P.J., CENTRA, LINDLEY, TROUTMAN, AND SCUDDER, JJ.

IN THE MATTER OF DANIEL T. HILL,
PETITIONER-RESPONDENT,

                          V                                    MEMORANDUM AND ORDER

VICKI L. TROJNOR, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

MAUREEN N. POLEN, ROCHESTER, FOR RESPONDENT-APPELLANT.

JAMES A. LEONE, ATTORNEY FOR THE CHILD, AUBURN.

LISA A. BLAIR, ATTORNEY FOR THE CHILD, AUBURN.

---------------------------------------------------------------------------------------------------------

    Appeal from an order of the Family Court, Cayuga County (Mark H. Fandrich, A.J.), entered November 18, 2014 in a proceeding pursuant to Family Court Act article 6.  The order, inter alia, granted sole legal and physical custody of the parties' children to petitioner.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

    Same memorandum as in *Matter of Hill v Trojnor* ([appeal No. 1] ___ AD3d ___ [Mar. 25, 2016]).

Entered:  March 25, 2016                              Frances E. Cafarell
                                                      Clerk of the Court